Case: 1:25-mj-00248
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 10/17/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On October 15, 2025, at approximately 9:52 PM, members of the Executive Order 14252 Task Force were working in the District of Columbia. Task Force members were in plain clothes with external vests bearing "POLICE" and "US MARSHAL" law enforcement identifiers. Members were operating unmarked police cruisers equipped with emergency lights and sirens. A police vehicle was occupied by United States Park Police (USPP) Officers Callahan and Brennan.

Officers were traveling eastbound along the 11th Street Bridge when they approached a solid red signal at the ramp to I-295. Officers observed a silver Chevrolet SUV approach at a rapid rate of speed and quickly come up behind them, before it suddenly veered across the solid double yellow lane dividers and into a marked safety area toward oncoming traffic. As the traffic signal turned green, the driver (later identified as William HALL Jr.) made a right turn across three lanes of traffic, nearly striking other motorists before accelerating down the ramp.

Officer Brennan activated the police vehicle's overhead emergency equipment and attempted to conduct a traffic stop. The Chevrolet SUV slowed down and came to a stop on the ramp. Officers Brennan and Callahan exited their vehicles and approached the Chevrolet SUV. The vehicle then rapidly accelerated and took flight away from officers.

Officers initiated a vehicle pursuit that reached speeds of 100 miles per hour in a posted 55 mile per hour zone. HALL weaved in and out of traffic and drove in the shoulder. The pursuit concluded when HALL lost control of the vehicle on the ramp from I-295 to South Capitol Street, resulting in a single vehicle motor vehicle collision which pinned the passenger side of the vehicle shut. HALL, the driver and lone occupant of the vehicle, was extracted through the driver's side window.





*Figures 1 and 2 – depicting damage to Chevrolet SUV*

The Chevrolet SUV was impounded, and an inventory search was conducted on scene. Investigator Keness observed two handguns in the center console of the vehicle. The first firearm was a Taurus G2S 9mm handgun loaded with one round in the chamber and seven rounds of 9mm ammunition in the magazine. The second firearm was a Taurus G3C 9mm handgun loaded with one round in the chamber and nine rounds of 9mm ammunition in the chamber. Officers also recovered one loose round of 9mm ammunition from the center console.

 

*Figures 3 and 4 – firearms recovered from the center console of the Chevrolet SUV*

HALL has a prior felony conviction in the District of Columbia for Carrying a Pistol Without a License, Case No. 2016 CF2 001409, an offense punishable by more than one year of imprisonment. Accordingly, HALL would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition. Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

While securing HALL's property in the vehicle, HALL asked officers to place his property "in the same spot where [officers] found the two pistols" before clarifying with "where I hid the other stuff" and then stating, "where she hid the other stuff." HALL then stated, "it's hers," and gave officers the name C.F. It was later determined that the Taurus G3C 9mm handgun was registered to C.F. Officers also recovered a single white rock from HALL's sock. The white rock weighed 1.3 grams and field tested positive for cocaine.

As such your affiant submits that probable cause exists to charge William HALL Jr. with a violation of 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) and a violation of D.C. Code § 50–2201.05b (Fleeing from a Law Enforcement Officer in a Motor Vehicle)(Felony).

CHRISTIAN CALLAHAN

UNITED STATES PARK POLICE

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 17th day of October 2025.*

THE HONORABLE MOXILA A. UPADHYAYA

U.S. MAGISTRATE JUDGE